No. 04–10530. TYNES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10531. AVERY v. REED, SUPERINTENDENT, MANNING CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 04–10532. THOMAS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 04–10534. PALOMARES-PARRA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–10535. SLAYDON v. KING, SUPERINTENDENT, SOUTH MISSISSIPPI CORRECTIONAL FACILITY. C. A. 5th Cir. Certiorari denied.

No. 04–10536. DAVIS ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–10537. ELIAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–10539. HUGHES v. HARRISON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10540. EDGAR v. MISSOURI. Ct. App. Mo. Certiorari denied.

No. 04–10542. ESCOBEDO v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–10543. DAMMERAU v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–10544. SMITH v. GREENE, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–10545. FERNANDEZ v. HILL, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 04–10546. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.